UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

TRACY M. GORMONT, :
: 
    Plaintiff : No. 3:11-CV-02145
:
vs. : (Judge Nealon)
:
MICHAEL J. ASTRUE, :
COMMISSIONER OF SOCIAL :
SECURITY, :
:
    Defendant :

**ORDER**

FILED
SCRANTON
MAR - 4 2013
PER _____
DEPUTY CLERK

In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Tracy M. Gormont and against Michael J. Astrue, Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Tracy M. Gormont supplemental security income benefits is **VACATED** and the case **REMANDED** to the Commissioner of Social Security to:

2.1 Fully develop the record, conduct a new administrative hearing and appropriately evaluate the medical evidence in accordance with the background of this order.

3. The Clerk of Court shall **CLOSE** this case.

_____
**United States District Judge**

Dated: March 4, 2013